THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Eugene King, Appellant.
 
 
 

Appeal From Orangeburg County
  James C. Williams, Jr., Circuit Court
Judge

Unpublished Opinion No. 2008-UP-538
 Submitted September 2, 2008  Filed
September 17, 2008   

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka,
 all of Columbia; and Solicitor David M. Pascoe, Jr., of Summerville; for
 Respondent.
 
 
 

PER CURIAM: Eugene
 King appeals his conviction and sentence for murder, arguing the trial court
 erred by admitting his confession in violation of Jackson v. Denno, 378
 U.S. 368 (1964).  King also asserts numerous pro se arguments.  After a thorough review of the record, counsels
 brief, and Kings pro se brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Kings appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED. 
SHORT,
THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.